UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:13-cr-58-CLC-CHS-1 |
| | ) | |
| EALION LEE LANCE | ) | |

# **MEMORANDUM AND ORDER**

EALION LEE LANCE ("Defendant") appeared for a hearing on May 25, 2017, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing set on July 26, 2017 at 2:00 p.m. before U.S. District Judge Curtis L. Collier. Defendant waived his preliminary hearing but requested a detention hearing and time to prepare for said detention hearing. The U.S. Marshal shall transport Defendant to said hearing, which will be held before the undersigned on June 7, 2017 at 10:00 a.m. Defendant shall be temporarily detained until his detention hearing as set forth in a separate order.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE