# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:13-cr-58-CLC-CHS-1 |
| | ) | |
| EALION LEE LANCE | ) | |

## MEMORANDUM AND ORDER

EALION LEE LANCE ("Defendant") initially appeared for a hearing on May 25, 2017, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition"). Upon motion of the Government that Defendant be detained without bail pending his revocation hearing set July 26, 2017 at 2:00 p.m. before U.S. District Judge Collier, Defendant waived his preliminary hearing but requested a detention hearing and time to prepare for said detention hearing which was scheduled on June 7, 2017. Defendant was temporarily detained until his detention hearing.

U.S. Probation Officer Cornell Mitchell testified regarding the factual allegations set forth in the Petition and related matters and was cross-examined by counsel for Defendant. Both parties presented their respective arguments and/or proffers, which were fully considered by the Court.

Based upon the Petition and Defendant's waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed a violation of his conditions of supervised release as alleged in the Petition.

As addressed in greater detail during the detention hearing, and pursuant to Fed. R. Crim. P. 32.1(a)(6), the Court finds Defendant has not carried his burden of demonstrating by clear and convincing evidence that, if released at this time, he would not pose a danger to another person or to the community.

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing before Judge Collier is **GRANTED**.

(3) The U.S. Marshal shall transport Defendant to a revocation hearing set **before District Judge Collier at 2:00 p.m. on Wednesday, July 26, 2017**.

SO ORDERED.

ENTER.                          s/ *Susan K. Lee*
                                SUSAN K. LEE
                                UNITED STATES MAGISTRATE JUDGE